UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
APR 20 2016
US District Court
Western District of NC

UNITED STATES

v.

REUBEN T. DeHAAN

)
)
)
)
)
)
)
)
)

UNDER SEAL

Misc. No. 3:16-mj-137

ORDER SEALING
COMPLAINT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit in Support of the Complaint, Arrest Warrant, as well as the Government's Motion, and this Order be sealed.

**IT IS HEREBY ORDERED** that the referenced documents be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 20th day of April, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE